FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2015 MAR 20 A 8: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| MOHAMAD H. J. SHALAL | ) DOCKET NO. 1:15-mj-159 |
| | ) INITIAL APPEARANCE: May 4, 2015 |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 4843078)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2015, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MOHAMAD H. J. SHALAL, did wrongfully, knowingly, and intentionally operate a motor vehicle while his driver's license or instruction permit or privilege to drive a motor vehicle had been suspended or revoked and who had been directed not to drive by a court or by the Commissioner, the State Corporation Commissioner, the State Highway and Transportation Commissioner, or the Superintendent of State Police until the period of such suspension or revocation was terminated.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-301, Code of Virginia 1950, as amended).

## COUNT II  (Misdemeanor 4843077)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2015, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MOHAMAD H. J. SHALAL, did unlawfully drive a motor vehicle at a speed of twenty miles per hour or more in excess of the applicable maximum speed limit.

(In violation of Title 18, United States Code, Section 13, assimilating Section 46.2-862, Code of Virginia 1950, as amended.)

## COUNT III (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2015, at Fort Belvoir, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MOHAMAD H. J. SHALAL, did wrongfully drive a motor vehicle 70 miles per hour in a posted 50 mile per hour zone.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Section 46.2-878, Code of Virginia 1950, as amended.)

## COUNT IV (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 1, 2015, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, MOHAMAD H. J. SHALAL, did unlawfully drive a motor vehicle upon the highway without a valid driver's license.

(In violation of Title 18, United States Code, Section 13 assimilating Section 46.2-300, Code of Virginia 1950, as amended.)

DANA J. BOENTE
UNITED STATES ATTORNEY

Fort Belvoir, VA
Date March 18, 2015

By: *[signature]*
James S. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
Fax (703) 805-1042
james.s.kim22.mil@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on March /9, 2015, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to Mohamad H. J. Shalal at his address of record.

KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office
